# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN MARIE BALL,** | : | Civil No. 1:08-CV-701 |
| **Plaintiff** | : | **(Chief Judge Kane)** |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **NORTHAMPTON COUNTY SHERIFF,** | : | |
| **et al.,** | : | |
| **Defendants** | : | |

## ORDER

**NOW**, on this 8th day of December 2011, **IT IS HEREBY ORDERED THAT** upon a de novo review of Magistrate Judge Carlson's October 6, 2011 Report and Recommendation (Doc. No. 75) and Plaintiff Dawn Marie Ball's objections thereto[1] (Doc. No. 84), the Report and Recommendation (Doc. No. 75) is **ADOPTED** and Defendant Northampton County Sheriff's Office's motion to dismiss (Doc. No. 61) is **GRANTED**.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] In her objections, Plaintiff repeatedly states that she did not intend to sue the Northampton County Sheriff's Office. (Doc. No. 84.) Because the Northampton County Sheriff's Office is not a proper party to this action and because Plaintiff did not intend to name the Northampton County Sheriff's Office in her suit, the Court agrees with the Report and Recommendation that this Defendant should be dismissed with prejudice.