UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN MARIE BALL,** | : | Civil No. 1:08-CV-701 |
| **Plaintiff** | : | |
| | : | **(Chief Judge Kane)** |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **NORTHAMPTON COUNTY SHERIFF,** | : | |
| **et al.,** | : | |
| **Defendants** | : | |

### ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Plaintiff Dawn Marie Ball filed her complaint in this action on April 14, 2008. (Doc. No. 1.) More than three years later, on November 4, 2011, Plaintiff filed a motion to amend her complaint by adding two Defendants. (Doc. No. 87.) Magistrate Judge Martin Carlson issued a Report and Recommendation on November 17, 2011, in which he recommends that leave to file an amended complaint be denied. (Doc. No. 91.) The Report and Recommendation notes that Plaintiff has provided no reason for her delay in naming these Defendants in an amended complaint and that the claims against these putative Defendants are time barred. (Id.) Plaintiff objects noting that she has filed letters with the Court in which she identifies the Defendants. (Doc. No. 93.) The Court does acknowledge that she has named these Defendants in various filings with the Court. In the present matter, however, the claims raised are barred by the statute of limitations. As Magistrate Judge Carlson explains, Plaintiff has failed to satisfy Rule 15(c) of the Federal Rules of Civil Procedure.

**ACCORDINGLY**, on this 23rd day of March 2012, **IT IS HEREBY ORDERED THAT** the Report and Recommendation (Doc. No. 91) is **ADOPTED** and the motion to amend

(Doc. No. 87) is **DENIED**.  This matter is referred back to Magistrate Judge Carlson for further proceedings.[1]

                                                    S/ Yvette Kane
                                                    Yvette Kane, Chief Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania

---

[1] The Court notes that Magistrate Judge Carlson's name has been removed from the docket.  On October 4, 2011, this Court ordered that this matter as well as a number of other pending actions would be referred to Magistrate Judge Carlson "for pre-trial management and resolution of any motions, pending further order of this Court."  (Doc. No. 72.)  That order has not been disturbed in any way, and Magistrate Judge Carlson has properly continued management of this matter.